952 So.2d 683 (2007)
Byron BRYANT
v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, American Home Assurance Company and Don Johnson.
No. 2006-CC-1692.
Supreme Court of Louisiana.
March 16, 2007.
Granted. The judgment of the court of appeal is vacated and the judgment of the trial court is reinstated. See Duncan v. USAA Insurance Co., 06-0363 (La.11/29/06), 950 So.2d 544.
CALOGERO, C.J., would grant and docket.
WEIMER, J., would grant and docket. See Duncan v. U.S.A.A. Insurance Co., 06-0363 (La.11/29/06), 950 So.2d 544 (WEIMER, J., dissenting), on reh'g, 06-0363 (La.2/16/07), ___ So.2d ___ (WEIMER, *684 J., dissenting from denial of rehearing).